**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) **CR-06-484-PHX-SRB** |
| vs. | ) |
| | ) **DETENTION ORDER** |
| Shawn Anthony Johns, | ) |
|     Defendant. | ) |

Defendant appeared before this Court on a Petition for Revocation of Supervised Release. A detention hearing was held. The Court considered the Petition and file in determining whether defendant should be released on conditions set by the Court.

The Court finds that defendant has failed to carry his burden of establishing that he will not pose a danger to any other person or to the community pursuant to Rule 32.1(a)(6), Federal Rules of Criminal Procedure.

The Court concludes, therefore, by clear and convincing evidence, that defendant is a danger and that there is no condition or combination of conditions that will reasonably assure the safety of the community..

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 22nd day of July, 2009.

_____
Edward C. Voss
United States Magistrate Judge